UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
May 15, 2024
Nathan Ochsner, Clerk

| | |
|---|---|
| Erik Garcia § | |
| § | |
| *versus* § | Civil Action 4:24–cv–00433 |
| § | |
| 2020 Harwin 59 Shopping Centers, Ltd., et al. § | |

ORDER OF DISMISSAL

Counsel for the parties have advised the Court that an amicable settlement has been reached in this action. This case is hereby DISMISSED on the merits, without prejudice to the right of counsel to move for reinstatement within thirty (30) days on presentation of proof that the settlement could not be consummated. All motions currently pending are denied without prejudice. Any movant seeking to resubmit or reurge those motions must do so within 14 days from the date any motion for reinstatement is filed.

It is so ORDERED.

Signed on May 15, 2024.

Alfred H. Bennett
United States District Judge